IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

ANGELIA CARVALHO                                                                                           PLAINTIFF

v.                              Case No. 1:18-cv-00005-KGB-PSH

SOCIAL SECURITY ADMINISTRATION                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court therefore affirms the decision of the Commissioner.

It is so ordered this 8th day of February, 2019.

                                                                                      _____
                                                                                      Kristine G. Baker
                                                                                      United States District Judge