# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ANGELIA CARVALHO**                                                                 **PLAINTIFF**

**v.**                       **Case No. 1:18-cv-00005-KGB-PSH**

**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed. This action is dismissed with prejudice

It is so adjudged this 8th day of February, 2019.

Kristine G. Baker
United States District Judge